IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL C. BETTS, JR., | ) | Civil Case No. 8:12-CV-26 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION FOR DISMISSAL |
| | ) | WITH PREJUDICE |
| MIKHAIL V. YASINSKIY; SERGEY V. YASINSKIY; HERBERT RODRIGUES; M & H TRAILERS, INC., an Oregon Corporation; and YMV TRANSPORT, INC., a Washington Corporation, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between the parties hereto that the Plaintiff's Complaint and all claims for relief stated therein against the Defendants be dismissed with prejudice, complete record waived, and with costs taxed to the parties incurring the same.

The parties jointly move that this Stipulation be granted and that an Order be entered accordingly.

Dated this 16th day of July, 2012.

             MICHAEL. C. BETTS, JR., Plaintiff

       By: Inserra & Kelley
          6790 Grover Street, Suite 200
          Omaha, NE  68106-3612


       By: /s/ John S. Inserra_____
          John S. Inserra, # 15084

|  |  |
|---|---|
|  | MIKHAIL V. YASINSKIY, SERGEY V. YASINSKIY and YMV TRANSPORT, INC., Defendants |
| By: | Baylor, Evnen, Curtiss, Grimit & Witt LLP<br>Wells Fargo Center<br>1248 "O" Street, Suite 600<br>Lincoln, NE 68508<br>402/475-1075 |
| By: | /s/ Randall L. Goyette<br>Randall L. Goyette, # 16251 |
|  | HERBERT RODRIGUES and M&H TRAILERS, INC., Defendants |
| By: | Lamson, Dugan and Murray, LLP<br>10306 Regency Parkway Drive<br>Omaha, NE 68106-3612 |
| By: | /s/ Daniel P. Chesire<br>Daniel P. Chesire, # 15029 |

610764