IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL C. BETTS, JR., | ) | Civil Case No. 8:12-CV-26 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| MIKHAIL V. YASINSKIY; SERGEY V. YASINSKIY; HERBERT RODRIGUES; M & H TRAILERS, INC., an Oregon Corporation; and YMV TRANSPORT, INC., a Washington Corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. The Joint Stipulation and Motion to Dismiss, filing 39, is granted; and

2. All claims for relief against the Defendants in the above-captioned case are dismissed with prejudice, complete record waived, and all costs taxed to the parties incurring the same.

Dated this 16th day of July, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge

610775